UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ANTONIO BALDERAS CORTES,<br><br>                Defendant. | SA 07-147M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,./955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1 | II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A. ( X )   appearance of defendant as required; and/or

4 | B. ( ) safety of any person or the community;

5 | III.

6 | The Court has considered:

7 | A. ( x ) the nature and circumstances of the offense;

8 | B. ( x ) the weight of evidence against the defendant;

9 | C. ( x ) the history and characteristics of the defendant;

10 | D. ( ) the nature and seriousness of the danger to any person or to the community.

11 | IV.

12 | The Court concludes:

13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented.  He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C. ( ) A serious risk exists that defendant will:

20 |    1. ( )  obstruct or attempt to obstruct justice;

21 |    2. ( )  threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 |    provided in 18 U.S.C. § 3142 (e).

25 | ///

26 | ///

27 | ///

28 | ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  - 2 -  Page 2 of 3

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated:  May 29, 2007

                                                    _____
                                                    Marc L. Goldman
                                                    U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                - 3 -                                Page 3 of 3